UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated,

                      Plaintiff,

-v.-

DDS ORAL SURGERY GROUP, LLP,

                      Defendants.
-----------------------------------------------------------------x

Civil Action No:
1:23-cv-3260

### NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 8, 2023

**So Ordered.**

_s/Hon. Nicholas G. Garaufis_
**Hon. Nicholas G. Garaufis**
**Date:** 8/8/23

Respectfully Submitted,

_/s/Mark Rozenberg_
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*